# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. BRYAN GILZENE, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>RANDY PFISTER, Warden, )<br>)<br>Respondent. ) | Case No. 14 C 2691 |

## MEMORANDUM ORDER

Bryan Gilzene ("Gilzene") has filed a Petition for a Writ of Habeas Corpus ("Petition") that uses the printed form made available by the Clerk's Office for state-court-convicted inmates to provide an extended account of the asserted constitutional deprivations that taint Gilzene's conviction and his lengthy ensuing sentence on charges of first degree murder, aggravated kidnapping and a conspiracy to deliver drugs. This Court has promptly undertaken the preliminary review called for by Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts ("Section 2254 Rules"), and it hereby orders:

1. that Gilzene promptly pay the modest $5 filing fee attributable to the institution of a petition under Section 2254 and

2. that the Illinois Attorney General's Office file an answer to the Petition in accordance with Section 2254 Rule 5 on or before May 30, 2014.

_____
Milton I. Shadur
Senior United States District Judge

Date: April 21, 2014