IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA ex rel.  )
**BRYAN GILZENE,**                 )
                                   )
        Petitioner,             )
                                   )
    v.                             )   Case No. 14 C 2691
                                   )
**RANDY PFISTER**, Warden,         )
                                   )
        Respondent.             )

### MEMORANDUM ORDER

On September 16, 2014 this Court entered its order dismissing the pro se 28 U.S.C. § 2254 Petition by Bryan Gilzene ("Gilzene"), in which he had challenged his state court criminal conviction. Gilzene has now filed his "Pro Se Petitioner's Motion for Extention [sic] of Time," which was received in the Clerk's Office on October 10. Even without the benefit of the "mailbox rule" (see Houston v. Lack, 487 U.S. 266 (1988)), that motion is clearly timely under Fed. R. App. P. ("Rule") 4(a)(5)(A).

As for the "good cause" required by that Rule, Gilzene reports that he is allowed very limited access to the prison law library, and this Court finds that consideration readily qualifies as the basis for granting Gilzene's current motion. Accordingly Gilzene is granted until November 17 (the latest permissible date under Rule 4(a)(5)(C))[1] to file his notice of appeal.

                                        _____
                                        Milton I. Shadur
                                        Senior United States District Judge

Date: October 20, 2014

---

[1] Gilzene should be made aware that the cited Rules contain no provision for any further extensions of time.